IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN


|  |  |  |
|---|---|---|
| GALT CAPITAL, LLP, and BRUCE RANDOLPH TIZES, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 2002-63 |
| EDWARD A. SEYKOTA, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| EDWARD A. SEYKOTA, | ) ) | |
| Counterclaimant and Third-party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| GALT CAPITAL, LLP, and BRUCE RANDOLPH TIZES, | ) ) ) | |
| Counterclaim Defendants, | ) ) | |
| and SYDNEY STERN, | ) ) | |
| Third-party Defendant. | ) ) | |
| _____ | ) ) | |
| SYDNEY C. STERN, | ) ) | |
| Plaintiff, | ) ) | Civil No. 2002-134 |
| v. | ) ) | |
| EDWARD A. SEYKOTA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

*Stern v. Seykota*
Civil No 2002-63 & 2002-134
Order
Page 2

**ATTORNEYS:**

**A. Jeffery Weiss, Esq.**
  St. Thomas, U.S.V.I.
  *For Sydney C. Stern*,

**Kevin D'Amour, Esq.**
  St. Thomas, U.S.V.I.
  *For Edward A. Seykota*.

<u>ORDER</u>

**GÓMEZ, C.J.**

On October 12, 2007, the Court issued an Order staying execution of judgment and requiring the posting of a supersedeas bond in the amount of $2,750,000.  To date, the defendant has not posted a bond.

The premises considered, it is hereby

**ORDERED** that a writ of execution shall issue in this matter on October 29, 2007, unless a supersedeas bond is posted by 9:00 a.m. on that date.


**October 22, 2007**                        S\_____

                                              **Curtis V. Gómez**
                                              **Chief Judge**